IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN SHAREK,

      Petitioner,

v.                                    Case No. 5D17-1746

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed August 4, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Steven Sharek, Jasper, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 8, 2016 violation of probation judgment and sentence in Case No. 05-2013-CF-058631-A, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

COHEN, C.J., LAMBERT and EDWARDS, JJ., concur.